# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1194.2**
**CA 12-02186**
PRESENT: SMITH, J.P., CENTRA, FAHEY, AND WHALEN, JJ.

---

DENNIS GREEN AND THERESA GREEN,
PLAINTIFFS-RESPONDENTS,

                    V                          MEMORANDUM AND ORDER

ASSOCIATED MEDICAL PROFESSIONALS OF NY, PLLC,
AMP UROLOGY, TIMOTHY E. KENDRICK, RPAC, AND
WILLIAM H. ROBERTS, M.D., DEFENDANTS-APPELLANTS.
(ACTION NO. 1.)
--------------------------------------------------
DENNIS GREEN AND THERESA GREEN,
PLAINTIFFS-RESPONDENTS,

                    V

SYRACUSE UROLOGY ASSOCIATES, P.C.,
DEFENDANT-APPELLANT.
(ACTION NO. 2.)
--------------------------------------------------
DENNIS GREEN AND THERESA GREEN,
PLAINTIFFS-RESPONDENTS,

V

MICHAEL JOSEPH KENDRICK, M.D.,
DEFENDANT-APPELLANT.
(ACTION NO. 3.)
(APPEAL NO. 2.)

---

MARTIN, GANOTIS, BROWN, MOULD & CURRIE, P.C., DEWITT (DANIEL P. LARABY OF COUNSEL), FOR DEFENDANTS-APPELLANTS.

DEFRANCISCO & FALGIATANO LAW FIRM, SYRACUSE (JEAN MARIE WESTLAKE OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS.

---

     Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered October 2, 2012.  The order, inter alia, denied the motion of defendants to dismiss the complaints.

     It is hereby ORDERED that the order so appealed from is unanimously reversed on the law without costs, the motions are granted and the complaints are dismissed without prejudice.

     Same Memorandum as in *Green v Associated Med. Professionals of*

*NY, PLLC* ([appeal No. 1] ___ AD3d ___ [Nov. 15, 2013).